No. 76–1850.  SEEKINS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–1851.  ALLEN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 76–1853.  LARKIN ET UX. v. TOWN BOARD OF THE TOWN OF FLEMING ET AL.; and
No. 76–1854.  LARKIN ET UX. v. FARRELL, TREASURER OF CAYUGA COUNTY, ET AL.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.  Reported below: No. 76–1853, 52 App. Div. 2d 1068, 384 N. Y. S. 2d 603; No. 76–1854, 52 App. Div. 2d 1069, 384 N. Y. S. 2d 605.

No. 76–1856.  HUMBOLDT PLACER MINING CO. v. ANDRUS, SECRETARY OF THE INTERIOR.  C. A. 9th Cir.  Certiorari denied.

No. 76–1857.  HARRIS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–1858.  ALEXANDER v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 76–1861.  FLORIDA BOATSMEN ASSN. ET AL. v. DEPARTMENT OF REVENUE OF FLORIDA ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 76–1862.  DOE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–1863.  SHORE, DBA SHORE OIL PRODUCTS, ET AL. v. LONGVIEW REFINING CO. ET AL.  Temp. Emerg. Ct. App. Certiorari denied.

No. 76–1864.  SAVE OUR WETLANDS, INC. (SOWL), ET AL. v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL.  C. A. 5th Cir.  Certiorari denied.